**Electronically Filed**
**Supreme Court**
**SCWC-20-0000175**
**12-OCT-2022**
**01:34 PM**
**Dkt. 19 OGAC**

SCWC-20-0000175

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

BRANDON FETU LAFOGA,
Petitioner/Defendant-Appellant,

and

RANIER INES, also known as Schizo,
Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000175; CASE NO. 1PC161001176)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

The court accepts Petitioner/Defendant-Appellant

Brandon Fetu Lafoga's Application for Writ of Certiorari filed

on August 19, 2022.

Under Hawaiʻi Rules of Appellate Procedure Rule 40.1,

this court "may limit the question on review."  Here, we limit

the question on review to questions presented numbers 2 and 4 of

Petitioner's application for writ of certiorari.

Oral argument will be scheduled.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, October 12, 2022.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Todd W. Eddins

